SCWC-13-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

PATRICK DEGUAIR, JR., Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000061; CR. NO. 08-1-0773)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Defendant-Appellant Patrick Deguair, Jr.'s application for writ of certiorari filed on June 22, 2015, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

        DATED:  Honolulu, Hawai'i, August 4, 2015.

Dwight C.H. Lum                  /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
James M. Anderson
for respondent                   /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

